# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4181
Lower Tribunal No. 2023-DR-007330-O

_____

AMBER NICOLE SHAFFER-SLOVER,

Appellant,

v.

JOSEPH TIJERINO,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Melissa Alfonso, of Melissa Alfonso, P.A., Orlando, for Appellant.

Cynthia Stump Swanson, of Swanson Law Center, P.A., Gainesville, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED